**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION—BALTIMORE)**

| | |
|---|---|
| BALTIMORE HOTEL CORPORATION, )<br>)<br>    Plaintiff                          )<br>)<br>v.                                       )<br>)<br>UNITED STATES INSTITUTE FOR THEATRE )<br>TECHNOLOGY INC.,                )<br>)<br>    Defendant                       )  | Civil Case No. 22-2147 |

**STATUS REPORT**

Plaintiff Baltimore Hotel Corporation ("**Plaintiff**"), by and through its undersigned counsel, presents this status report.

1. Defendant United States Institute for Theatre Technology Inc. ("**Defendant**") has not yet instructed an attorney admitted to the bar of this Court to enter an appearance on its behalf. However, Defendant has engaged counsel to negotiate with Plaintiff on the subject of this Case.

2. Defendant's counsel has authorized Plaintiff's undersigned counsel to advise the Court that Defendant is willing to participate in mediation conducted by a Magistrate Judge of this Court if Defendant will be allowed to participate in such mediation by teleconference.

3. Plaintiff is also wiling to participate in mediation conducted by a Magistrate Judge of this Court.  It would be Plaintiff's preference to participate in such mediation in person. Plaintiff is willing to consent to mediation in which Plaintiff participates either in person or by teleconference, and in either event is willing to consent to mediation in which Defendant participates by teleconference.

4. Plaintiff has no objection to such mediation being conducted before Defendant is required to file an answer or Rule 12 motion in response to Plaintiff's complaint.  Plaintiff will

1

consent to an extension of Defendant's deadline to do so to accommodate mediation by a Magistrate Judge of this Court.

                              Respectfully submitted,

                              **BALTIMORE HOTEL CORPORATION**

Dated: October 22, 2022            By: ***/s/ Robert W. Lannan***
                                                Robert W. Lannan
                                                its attorney

Robert W. Lannan (D.Md. Bar. No. 28937)
LANNAN LEGAL PLLC
1717 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 223-8901
Facsimile: (202) 747-7760
robert.lannan@lannanlegal.com